UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.

BLANCA C. VILLOCH, individually and on behalf
of all other employees who are similarly situated,

    Plaintiff,

vs.

ULTIMATE FITNESS GROUP, LLC
(d/b/a Orange Theory Fitness),
TAMPA FITNESS PARTNERS, LLC
(d/b/a Orange Theory Fitness), and
TAMPA FITNESS PARTNERS IV, LLC
(d/b/a Orange Theory Fitness),

    Defendants.

_____/

## NOTICE OF REMOVAL

Defendant, ULTIMATE FITNESS GROUP, LLC d/b/a Orange Theory Fitness (hereinafter referred to as "ULTIMATE"), pursuant to 28 U.S.C. § 1441, hereby removes to this Court the cause of action currently pending in the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida styled *Blanca C. Villoch v. Ultimate Fitness Group, LLC (d/b/a Orange Theory Fitness), et al.*, Case No. 15-CA-001444, and says:

### Introduction

1. Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1331.

2. This action was commenced in the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, when Plaintiff filed her Complaint. True and correct copies of the documents filed in the State Court action are attached hereto as Composite Exhibit A.

3. Defendant ULTIMATE was served on March 6, 2015. A true and correct copy of the summons is attached hereto as part of Composite Exhibit A.



4. All of the Defendants consent to the removal of this action.

### Jurisdiction is Proper Because Plaintiff's Action Arises Under the Laws of the United States

5. Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1331 because Plaintiff's Complaint purports to state a claim for violation of the Fair Labor Standards Act of 1938, 29 U.S.C. §§ 201 et seq. ("FLSA"). Accordingly, Plaintiff's Complaint clearly arises under the laws of the United States.

### Procedural Requirements

6. This notice of removal is being filed with this Court within 30 days after Defendant ULTIMATE's receipt of the initial complaint. See 28 U.S.C. § 1446(b).

7. A copy of this notice of removal is being filed with the state court where this action is pending and notice hereof is being given to all adverse parties "promptly after" the filing of the notice in this Court. See 28 U.S.C. § 1446(d).

8. Pursuant to 28 U.S.C. § 1446(a), attached hereto as Exhibits "A" and "B" are true and correct copies of the initial complaint and summonses, respectively.

WHEREFORE, Defendant ULTIMATE respectfully requests that this Court exercise jurisdiction over this matter.

Dated: March 16, 2015  
Boca Raton, FL

Respectfully submitted,

DANIEL R. LEVINE, ESQ.  
Fla. Bar No. 0057861  
E-mail: drlevine@bennardolevine.com  
Bennardo Levine, LLP  
1860 NW Boca Raton Boulevard  
Boca Raton, FL 33432  
Telephone: (561) 392-8074  
Facsimile: (561) 368-6478  
Counsel for Defendant Ultimate Fitness Group

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

DANIEL R. LEVINE, ESQ.

## SERVICE LIST

*Blanca C. Villoch v. Ultimate Fitness Group, LLC, et al.*
Case No.
United States District Court, Middle District of Florida

| | |
|---|---|
| Robert K. Savage, Esquire<br>E-Mail: bert@savagelaw.us<br>Savage, Combs & Villoch, PLLC<br>412 E. Madison Street, Suite 1120<br>Tampa, FL 33602<br>Telephone: (813) 251-4890<br>Facsimile: (813) 354-4561<br>Counsel for Plaintiff<br>*Via CM/ECF* | Daniel R. Levine, Esquire<br>E-Mail: drlevine@bennardolevine.com<br>Bennardo Levine LLP<br>1860 NW Boca Raton Blvd.<br>Boca Raton, FL 33432<br>Telephone: (561) 392-8074<br>Facsimile: (561) 368-6478<br>Counsel for Defendant Ultimate Fitness Group, LLC<br>*Via CM/ECF* |
| Aaron Behar, Esquire<br>E-Mail: ab@BeharBehar.com<br>Behar Behar<br>1840 North Commerce Parkway, Suite 1<br>Weston , FL 33326<br>Boca Raton, FL 33432<br>Telephone: (954) 688-7642<br>Facsimile: (954) 332-9260<br>Counsel for Defendants Tampa Fitness Partners<br>Via CM/ECF | Michael Harper, Esquire<br>E-Mail: mh@BeharBehar.com<br>Behar Behar<br>1840 North Commerce Parkway, Suite 1<br>Weston , FL 33326<br>Boca Raton, FL 33432<br>Telephone: (954) 688-7642<br>Facsimile: (954) 332-9260<br>Counsel for Defendants Tampa Fitness Partners<br>Via CM/ECF |