IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION

BLANCA C. VILLLOCH,                          CASE NO.

    Plaintiff,                           DIVISION:

v.                                           COLLECTIVE ACTION

TAMPA FITNESS PARTNERS, LLC, and
TAMPA FITNESS PARTNERS IV, LLC,

    Defendants.

_____/

### COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, BLANCA C. VILLOCH ("Plaintiff"), by and through her undersigned counsel, hereby files this Complaint against Defendants, TAMPA FITNESS PARTNERS, LLC, and TAMPA FITNESS PARTNERS IV, LLC (together, "Defendants"), and respectfully states as follows:

#### NATURE OF ACTION

1. This is a civil action for (i) violations of the Fair Labor Standards Act of 1938, 29 U.S.C. §§ 201, *et seq.* ("FLSA"), (ii) unpaid wages pursuant to Article X, Section 24, Florida Constitution, and (iii) damages pursuant to section 448.102, Florida Statutes ("Florida Private Sector Whistle Blower Act").

#### JURISDICTION AND VENUE

2. This is a claim for equitable relief and damages in excess of $15,000, exclusive of interest, attorneys' fees and costs.

3. This Court has jurisdiction over this controversy under sections 26.012(2)(a) and 34.01(1)(c), Florida Statutes.

COMPOSITE EXHIBIT "A"

4. The venue over this controversy is proper with this Court pursuant to section 47.011, Florida Statutes, because Hillsborough County, Florida, is where the action accrued.

## PARTIES

5. Plaintiff is an individual residing in Hillsborough County, Florida, and was engaged in commerce as defined by FLSA through her employment with Defendants

6. Defendant, TAMPA FITNESS PARTNERS, LLC ("TFP"), is a Florida for-profit limited liability company with its principal address in Tampa, Hillsborough County, Florida. Defendant TFP is the sole member of Defendant, TAMPA FITNESS PARTNERS IV, LLC; is an enterprise engaged in commerce as defined by FLSA; and was Plaintiff's employer as that term is defined under FLSA and relevant Florida law.

7. Defendant, TAMPA FITNESS PARTNERS IV ("TFP IV"), is a Florida for-profit limited liability company with its principal address in Tampa, Hillsborough County, Florida. Defendant TFP IV is a single-member LLC owned and operated by TFP; is an enterprise engaged in commerce as defined by FLSA; and was Plaintiff's employer as that term is defined under FLSA and relevant Florida law.

## FACTS

8. TFP and TFP IV are franchisees of the fitness brand, "Orange Theory Fitness," a fictitious name owned by Ultimate Fitness, LLC. TFP owns and operates fitness studios that use the Orange Theory Fitness name and method throughout the Tampa Bay area. Of those owned by TFP, each Orange Theory studio is owned by a sub-LLC of TFP and is identified by a roman numeral. The South Tampa studio, for example, is identified as Tampa Fitness Partners IV, LLC.

COMPOSITE EXHIBIT "A"

9. Plaintiff began employment with Defendants on or about September 2014. She worked as a coach and fitness trainer with TFP, and specifically with the TFP IV studio located at 115 South Dale Mabry Highway, Tampa, Florida 33609. At the time of her termination, Plaintiff was coaching at least 7 classes per week at the South Tampa location. Each Orange Theory class was approximately one hour. Plaintiff worked as a non-exempt hourly employee and was told that she would be paid a certain, minimum hourly rate. Since her employment with Defendants began, Defendants failed to compensate Plaintiff for all hours worked.

10. For instance, but not limited to these instances, Plaintiff was required to work without compensation off the clock. She was required to work without compensation before and after her fitness classes, helping to sell memberships and introducing new members before certain classes and then cleaning the fitness studio after certain other classes. Plaintiff was also required to attend mandatory, in-person, unpaid meetings during her off hours, sometimes with less than 24-hours notice, and would be threatened with termination if she failed to attend.

11. Upon information and belief, Defendants' unlawful practices and policies regarding unpaid regular wages were administered to other similarly situated employees in addition to Plaintiff. There are numerous other similarly situated employees and former employees of Defendants who have been improperly compensated in violation of FLSA and who would benefit from the issuance of a Court-Supervised Notice of the present lawsuit and the opportunity to join the present lawsuit. Those similarly situated employees have suffered from the same decision, policy, or plan as Plaintiff and are known to Defendants and are readily identifiable and locatable through Defendants'

COMPOSITE EXHIBIT "A"

records. Specifically, all employees and former employees of Defendants who have been employed with Defendants who have suffered the same wage violations as Plaintiff would benefit from a Court-Supervised Notice and the opportunity to join the present lawsuit and should be so notified.

12. Defendants never reimbursed Plaintiff nor, upon information or belief, any other similarly situated employee for these back wages due to them.

13. Plaintiff and other similarly situated employees have incurred damages from Defendants' unlawful acts.

14. Plaintiff complained and/or objected to Defendants about being paid for all hours worked.

15. In retaliation for her complaints about and/or her objections to this unlawful pay, Defendants terminated Plaintiff's employment. Plaintiff has suffered damages due to her unlawful termination.

16. Plaintiff has retained the law firm of Savage, Combs & Villoch, PLLC, to represent her in this matter and has agreed to pay said firm a reasonable attorneys' fee for its services.

17. All conditions precedent to the filing of this action have been fulfilled by Plaintiff or waived by Defendants.

## COUNT I
## VIOLATION OF THE OF THE FAIR LABOR STANDARDS ACT
## (FAILURE TO PAY FOR ALL HOURS WORKED)

18. Plaintiff re-alleges and incorporates by reference all allegations contained in paragraphs 1 through 17.

COMPOSITE EXHIBIT "A"

19. Throughout Plaintiff's employment, Defendants repeatedly and willfully violated the FLSA by failing to compensate Plaintiff at a rate at least equal to the federal minimum wage for all hours worked.

20. Throughout the employment of all other employees similarly situated to Plaintiff, Defendants repeatedly and willfully violated the FLSA by failing to compensate them at rate at least equal to the federal minimum wage for all hours worked.

21. As a direct and proximate result of Defendants' acts, Plaintiff and those employees similarly situated to her have suffered and continue to suffer damages.

WHEREFORE, Plaintiff and those employees similarly situated to her demand judgment against Defendants for the following:

A. Unpaid minimum wages for all hours worked found to be due and owing;

B. An additional equal amount as liquidated damages;

C. Prejudgment interest in the event liquidated damages are not awarded;

D. A reasonable attorneys' fees and costs;

E. Such other relief as the Court deems just and equitable;

F. At the earliest possible time, Plaintiff be allowed to give notice, or that the Court issue such Notice, to all Defendants' employees in all locations within the United States during the three (3) years immediately preceding the filing of this suit, to all other potential plaintiffs who may be similarly situated informing them that this action has been filed, the nature of the action, and of their right to opt-into this lawsuit if they worked hours but were not paid lawful compensation and benefits pursuant to 29 U.S.C. § 216(b).

COMPOSITE EXHIBIT "A"

## COUNT II
### UNPAID WAGES PURSUANT TO ARTICLE X,
### SECTION 24 OF THE FLORIDA CONSTITUTION

22. Plaintiff re-alleges and incorporates by reference all allegations contained in paragraphs 1 through 17.

23. This is an action brought pursuant to Article X, Section 24 of the Florida Constitution.

24. Defendants willfully failed to pay Plaintiff wages due to her for all hours worked. This constitutes unpaid wages under Chapter 448.08, Florida Statutes, and Article X, Section 24 of the Florida Constitution.

25. Pursuant to the Florida Constitution and Chapter 448.08, Florida Statutes, Plaintiff is entitled to an award of its reasonable attorneys' fees and costs upon prevailing in this action.

WHEREFORE, Plaintiff demands judgment against Defendants, TAMPA FITNESS PARTNERS, LLC, and TAMPA FITNESS PARTNERS IV, LLC, for any back wages unlawfully withheld plus the same amount as liquidated damages, and reasonable attorney's fees and costs, along with such other and further relief as the Court may deem proper.

## COUNT III
### VIOLATION OF THE RETALIATION PROVISIONS
### OF THE FAIR LABOR STANDARDS ACT

26. Plaintiff re-alleges and incorporates by reference all allegations contained in paragraphs 1 through 17.

27. Plaintiff complained and objected to Defendants about what she reasonably believed to be Defendants' unlawful violations of the wage provisions of the FLSA.

28. In retaliation for Plaintiff's statutorily protected activity, Defendants terminated Plaintiff's employment.

COMPOSITE EXHIBIT "A"

29. Defendants' actions against Plaintiff constitute unlawful retaliation in violation of the FLSA. The aforementioned acts of Defendants were willful, wanton, and exhibited a reckless indifference to Plaintiff's rights under the FLSA.

30. As a direct and proximate cause of Defendants' acts, Plaintiff has suffered and continues to suffer damages.

WHEREFORE, Plaintiff demands judgment against Defendants for the following:

A. An injunction restraining continued violations of the FLSA;

B. Lost wages that resulted from the unlawful retaliation;

C. An additional equal amount as liquidated damages;

D. Prejudgment interest in the event liquidated damages are not awarded;

E. Costs, including a reasonable attorneys' fee;

F. Prejudgment interest; and/or

G. Such other relief as the Court deems just and equitable.

### COUNT IV
### FLORIDA WHISTLE BLOWER
### SECTION 448.102, FLORIDA STATUTES

31. Plaintiff re-alleges and incorporates by reference all allegations contained in paragraphs 1 through 17.

32. During her employment, Plaintiff objected to, and refused to participate in, what she reasonably believed to be unlawful practices and policies by Defendants in the administration of her regular hourly wages.

33. Defendants took adverse action against Plaintiff in retaliation for her objections to and/or refusal to participate in the activities, policies, and/or practices of her employers that she reasonably believed to be violations of various laws, rules, and/or regulations.  The

COMPOSITE EXHIBIT "A"

specific retaliatory personnel action at issue is Plaintiff's termination from her employment.

34. As a result of Plaintiff's unlawful retaliatory termination, Plaintiff has suffered and continues to suffer damages.

WHEREFORE, Plaintiff demands judgment against Defendants for the following:

A. An injunction restraining continued violations of this Act;

B. Compensation for lost wages that resulted from the unlawful discharge and retaliation;

C. Compensatory damages, including damages for Plaintiff's mental and emotional distress;

D. Front pay;

E. Prejudgment interest;

F. Cost and reasonable attorneys' fees;

G. Such other relief as the Court deems just and equitable.

### JURY TRIAL DEMANDED

Plaintiff and any and all similarly situated employees demand a jury trial on all issues so triable.

/s/ Robert K. Savage
Robert K. Savage
Florida Bar No. 995576
Savage, Combs & Villoch, PLLC
412 E. Madison Street, Suite 1120
Tampa, Florida 33602
Tel: (813) 251-4890
Fax: (813) 354-4561
Service email: bert@savagelaw.us

COMPOSITE EXHIBIT "A"

IN THE CIRCUIT COURT OF THE
13TH JUDICIAL CIRCUIT IN AND FOR
HILLSBOROUGH COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION
CASE NO: 15-CA-001444 – DIV. H

BLANCA C. VILLOCH,

      Plaintiff,

vs.

TAMPA FITNESS PARTNERS IV LLC, and
TAMPA FITNESS PARTNERS LLC,

      Defendants.

_____/

### NOTICE OF APPEARANCE BY BEHARBEHAR
### ON BEHALF OF DEFENDANTS, TAMPA FITNESS PARTNERS IV LLC and
### TAMPA FITNESS PARTNERS LLC

**NOTICE IS HEREBY GIVEN** that the undersigned law firm, BeharBehar, files this Notice of Appearance as counsel on behalf of Defendants, TAMPA FITNESS PARTNERS IV LLC and TAMPA FITNESS PARTNERS LLC, (hereinafter "Defendants"), in this cause of action.

Copies of all future papers, pleadings and any other documents, or things should be directed to the counsel below. By filing this Notice of Appearance, the Defendants do not waive their right to challenge the Court's Jurisdiction.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing, was submitted on this day, February 20, 2015, via Electronic Mail to the following:

1

COMPOSITE EXHIBIT "A"

Robert K. Savage, Esq.
Savage, Combs & Villoch, PLLC
412 E. Madison Street, Suite 1120
Tampa, Florida 33602
Telephone: (813) 251-4890
Facsimile: (813) 354-4561
E-mail: bert@savagelaw.us
*Counsel for Plaintiff*

Respectfully submitted,

BeharBehar
1840 North Commerce Parkway
Suite 1
Weston, Florida 33326
Telephone: (954) 688-7642
Facsimile: (954) 332-9260
E-mail: ab@beharbehar.com

By: _____

Aaron Behar, Esq.
Florida Bar No.: 166286
*Counsel for Defendants*

2

COMPOSITE EXHIBIT "A"

IN THE CIRCUIT COURT OF THE
13TH JUDICIAL CIRCUIT IN AND FOR
HILLSBOROUGH COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION

BLANCA C. VILLOCH,

CASE NO:  15-CA-001444 – DIV. H

       Plaintiff,

vs.

TAMPA FITNESS PARTNERS IV LLC, and
TAMPA FITNESS PARTNERS LLC,

       Defendants.

_____/

### DESIGNATION OF EMAIL ADDRESSES PURSUANT TO FRJA 2.516

COMES NOW, Defendants, TAMPA FITNESS PARTNERS IV LLC and TAMPA FITNESS PARTNERS LLC, by and through their undersigned counsel, and pursuant to the amendments to Fla.R.Civ.Pro.1.080 and Fla.Jud.Admin 2.516 becoming effective on September 1, 2012, hereby designates the following email addresses and request that the Parties provide copies of all documents filed with the Court by e-mail to the following:

ab@beharbehar.com
e-service@beharbehar.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was submitted via Electronic Mail on this day, February 20, 2015, to the following:

Robert K. Savage, Esq.
Savage, Combs & Villoch, PLLC
412 E. Madison Street, Suite 1120
Tampa, Florida 33602
Telephone: (813) 251-4890
Facsimile: (813) 354-4561
E-mail: bert@savagelaw.us
*Counsel for Plaintiff*

COMPOSITE EXHIBIT "A"

Respectfully submitted,

BeharBehar
1840 North Commerce Parkway
Suite 1
Weston, Florida 33326
Telephone: (954) 688-7642
Facsimile: (954) 332-9260
E-mail: ab@beharbehar.com

Aaron Behar, Esq.
Florida Bar No.: 166286
*Counsel for Defendants*

2

COMPOSITE EXHIBIT "A"

Filing # 24385693 E-Filed 03/02/2015 08:13:56 PM

**IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION**

BLANCA C. VILLOCH,
individually, and on behalf of
all other employees who are
similarly situated,

     Plaintiff,

v.

ULTIMATE FITNESS GROUP, LLC
(d/b/a Orange Theory Fitness),
TAMPA FITNESS PARTNERS, LLC
(d/b/a Orange Theory Fitness), and
TAMPA FITNESS PARTNERS IV, LLC
(d/b/a Orange Theory Fitness),

     Defendants.
_____/

CASE NO.   15-CA-001444

DIVISION:   H

**COLLECTIVE ACTION**

**DESIGNATION OF E-MAIL**

COMES NOW, Robert K. Savage, Esq. of Savage, Combs & Villoch, PLLC and hereby designates the following email address pursuant to the requirements of Florida Rules of Judicial Administration, Rule 2.5 1 6(b)(1)(A): bert@savagelaw.us. Accordingly, please serve all pleadings, orders, notices of hearing, etc. to undersigned counsel.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Amended Complaint has been furnished by electronic mail on this 2nd day of March, 2015, to **Aaron Behar, Esquire**, BeharBehar, ab@beharbehar.com (Counsel for Defendants TFP and TFP IV) and by service of process to Ultimate Fitness Group, LLC.

     /s/ Robert K. Savage
     Robert K. Savage, FL Bar No. 995576
     Savage, Combs & Villoch, PLLC
     412 E. Madison Street, Suite 1120
     Tampa, Florida 33602
     Tel: (813) 251-4890  Fax: (813) 354-4561
     Service email: bert@savagelaw.us

COMPOSITE EXHIBIT "A"

Filing # 24395537 E-Filed 03/05/2015 10:18:22 AM

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL
CIRCUIT OF THE STATE OF FLORIDA, IN AND FOR HILLSBOROUGH COUNTY
CIRCUIT CIVIL DIVISION

Blanca C. Villoch      CASE NO.: 15-CA-001444

Plaintiff(s)

VS.      DIVISION: H

ULTIMATE FITNESS GROUP, LLC, TAMPA FITNESS PARTNERS, LLC and TAMPA FITNESS CO.

Defendant(s)

REQUEST FOR ISSUANCE OF SUMMONS –CIRCUIT CIVIL

This is a request for issuance of service of process by the Clerk of court as follows:

'PLEASE NOTE THAT A SEPARATE REQUEST
IS REQUIRED FOR EACH PARTY TO BE SERVED'

| Type of Process: (choose one) |
| --- |
| ☑ Initial Summons ☐ Alias Summons ☐ Pluries Summons |
| **Type of Summons: (choose one)** |
| Circuit Court Summons: <br><br> Indicate days to respond ☑ 20 ☐ 30 ☐ 45 ☐ 60 ☐ Other____ <br><br> Non-Residential Eviction: ☐ Mailing ☐ No Mailing <br><br> Residential Eviction - ☐ 5 day only ☐ 5 day with 20 day attached <br><br> ☐ Mailing ☐ No Mailing |
| **Party information:** |
| Party To Be Served: <br><br> Name: Ultimate Fitness Group, LLC <br><br> Address: 1815 CORDOVA ROAD STE 206 <br><br> City/State/Zip: FT LAUDERDALE, FL 33316 |
| Email Address to Return Issued Summons: bert@savagelaw.us |

COMPOSITE EXHIBIT "A"

Filing # 24385693 E-Filed 03/02/2015 08:13:56 PM

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL
CIRCUIT OF THE STATE OF FLORIDA, IN AND FOR HILLSBOROUGH COUNTY
CIRCUIT CIVIL DIVISION

Blanca C. Villoch                              CASE NO.: 15-CA-001444
_____
Plaintiff(s)

VS.                                            DIVISION: H _____

ULTIMATE FITNESS GROUP, LLC, TAMPA FITNESS PARTNERS, LLC and TAMPA FITNESS P.
_____
Defendant(s)

REQUEST FOR ISSUANCE OF SUMMONS –CIRCUIT CIVIL

This is a request for issuance of service of process by the Clerk of court as follows:

*PLEASE NOTE THAT A SEPARATE REQUEST
IS REQUIRED FOR EACH PARTY TO BE SERVED*

| Type of Process: (choose one) | | |
|---|---|---|
| ☑ Initial Summons | ☐ Alias Summons | ☐ Pluries Summons |
| **Type of Summons: (choose one)** | | |

Circuit Court Summons:

Indicate days to respond  ☑ 20  ☐ 30  ☐ 45  ☐ 60          ☐ Other____

Non-Residential Eviction:  ☐ Mailing  ☐ No Mailing

Residential Eviction -          ☐ 5 day only          ☐ 5 day with 20 day attached

        ☐ Mailing  ☐ No Mailing

**Party Information:**

Party To Be Served:

Name: Ultimate Fitness Group, LLC

Address: 1815 CORDOVA ROAD STE 206

City/State/Zip: FT LAUDERDALE, FL 33316

Email Address to Return Issued Summons: bert@savagelaw.us

COMPOSITE EXHIBIT "A"

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT,
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIRCUIT CIVIL DIVISION

Blanca C Villoch
Plaintiff(s)

vs

Tampa Fitness Partners IV LLC; Tampa Fitness
Partners LLC; Ultimate Fitness Group, LLC
Defendant(s)

Case No.: 15-CA-001444

Division H

SUMMONS

3/6/15   11:58A
+C # 287

THE STATE OF FLORIDA:
To Each Sheriff of the State:
        YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition in this
action on defendant(s)

Ultimate Fitness Group LLC
1815 Cordova Road
Suite 206
Ft Lauderdale FL 33316

        Each defendant is required to serve written defenses to the complaint or petition to ROBERT SAVAGE ,
Esquire, plaintiff's attorney, whose address is SAVAGE COMBS & VILLOCH PLLC  412 E MADISON ST
STE 1120  TAMPA FL  33602 within 20¹ days after service of this summons on that defendant, exclusive of the
day of service, and to file the original of the defenses with the clerk of this court either before service on
plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that
defendant for the relief demanded in the complaint or petition.
DATED on March 3, 2015.
Attorney: ROBERT SAVAGE , Esquire
Attorney For: Blanca C Villoch
Address: SAVAGE COMBS & VILLOCH PLLC
412 E MADISON ST STE 1120
TAMPA FL 33602

Florida Bar No: 995576

PAT FRANK
As Clerk of the Court

*Dana Caranante*

Dana Caranante, Deputy Clerk
Prepared By:Stephanie Bahour, Deputy Clerk
P.O. Box 989          800 E Twiggs St
Tampa, FL 33601       Room 530
                      Tampa FL 33602
        (813)276-8100 extension 4365

¹ Except when suit is brought pursuant to section 768.28, Florida Statutes, if the State of Florida, one of its
agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to be
inserted as to it is 40 days. When suit is brought pursuant to section 768.28, Florida Statutes, the time to be
inserted is 30 days.
**If you are a person with a disability who needs any accommodation in order to
participate in this proceeding, you are entitled, at no cost to you, to the provision of
certain assistance. Please contact the ADA Coordinator, Hillsborough County
Courthouse, 800 E. Twiggs St., Room 604, Tampa, Florida 33602, (813) 272-7040, at
least 7 days before your scheduled court appearance, or immediately upon receiving**

Electronically Filed: Hillsborough County/ 13ᵗʰ Judicial Circuit

COMPOSITE EXHIBIT "A"

**this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

Florida Rules of Civil Procedure Form 1.902(a). Summons (06/10)

### IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named in the documents.

### IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 días, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

### IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

COMPOSITE EXHIBIT "A"