UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BLANCA C. VILLOCH,

    Plaintiff,

v.                                        CASE NO. 8:15-cv-587-T-23MAP

ULTIMATE FITNESS GROUP, LLC,
et al.,

    Defendants.
_____/

**ORDER**

A May 18, 2015 order (Doc. 19) referred for report and recommendation the plaintiff's motion (Doc. 17) to conditionally certify a collective action.  A June 2 order (Doc. 29) referred for report and recommendation the plaintiff's motion (Doc. 28) for class certification.  On July 16, the magistrate judge issued a report and recommendation (Doc. 44) that recommends denying the two motions.  More than seventeen days has passed, and neither party objects.  Accordingly, the report and recommendation (Doc. 44) is **ADOPTED**.  The plaintiff's motion (Doc. 17) for conditional certification and the plaintiff's motion (Doc. 28) for class certification are **DENIED**.

    ORDERED in Tampa, Florida, on August 4, 2015.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE